with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.
**No. 54894.**—Coro, Inc. *v.* United States, protest 149289–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issue herein is similar to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 2,617 strings of pearls from case 231, was not in fact imported. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the 2,617 strings of pearls missing from case 231. The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, NOVEMBER 30, 1950

**No. 54895.**—The Maltbie Chemical Co. *v.* United States, protest 160767–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question consists of sheep gall the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 30, 1950

**No. 54896.**—Allemann & Gisiger et al. *v.* United States, protests 112260–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than 9/10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra.*
**No. 54897.**—Dale Products Corp. et al. *v.* United States, protests 157938–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.